STANDARD OIL COMPANY OF NEW YORK, Respondent, Appellant, v. CLIFFORD S. BRINKERHOFF, Appellant, Respondent, Impleaded with Another.— Order so far as appealed from reversed, with ten dollars costs and disbursements to the defendant, appellant, Clifford S. Brinkerhoff, and motion to vacate and set aside the judgment and to vacate and set aside service of summons granted, with ten dollars costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.; O'Malley, J., dissents and votes for affirmance.

FLORENCE JANE FOREMAN, Respondent, v. WINFIELD A. FOREMAN, Appellant. — Order modified by reducing counsel fee to the sum of $2,500 and as so modified affirmed, without costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

MANHATTAN CURTAIN COMPANY, INC., Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

ABRAHAM SCHULBERG, Respondent, v. FIRST NATIONAL MORTGAGE CORPORATION, Appellant.— Order modified by inserting the word " temporary " before the word " receiver " in the last three paragraphs of said order, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

RAY GOLDSTEIN, Respondent, v. LOUIS GUERRE, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

GEORGE A. SPIROU, Respondent, v. MILWAUKEE MECHANICS INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of CHARLES STUART FOLSOM, as Ancillary Administrator, etc., of SAMUEL D. FOLSOM, Late of Norwalk, Connecticut, Deceased, Appellant, to Discover Certain Property of Said Deceased Claimed to Be Withheld. KATHARINE E. SEABURY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

SAMUEL EISENSTEIN, Appellant, v. RICHMOND GARDENS REALTY CORPORATION and Others, Defendants. EDWARD GILMARTIN, Receiver, and HAROLD RODNER, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

JOSEPH A. ROSEN, Doing Business under the Trade Name of OXFORD SILK COMPANY, Respondent, v. JACOB SEVILLE and MAX JONAS, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.